No. 05–6943.  WEEKS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–6947.  OCAMPO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–6949.  MEDRANO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–6953.  MONTERO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–6955.  MACIAS-LUNA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6956.  BARNES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–36.  GOLDEN PACIFIC BANCORP *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. 2d Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–286.  TRAWINSKI ET UX. *v.* UNITED TECHNOLOGIES CARRIER CORP. ET AL.  C. A. 11th Cir.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–1599.  APARICIO *v.* POTTER, POSTMASTER GENERAL, ET AL., *ante,* p. 819;

No. 04–7579.  STILLS *v.* CAREY, WARDEN, 543 U. S. 1159;

No. 04–10437.  ROSENDO VALDES *v.* UNITED STATES, *ante,* p. 928;

No. 04–10623.  HAMMER *v.* AMAZON.COM, *ante,* p. 862;

No. 05–5416.  ZHANG *v.* AUSTIN, *ante,* p. 901; and

No. 05–5988.  VAN VELZER *v.* UNITED STATES, *ante,* p. 923.  Petitions for rehearing denied.

NOVEMBER 9, 2005

No. 05A419.  THACKER *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.  Application for